No. 99–8017.  IN RE PARES-RAMIREZ;

No. 99–8109.  IN RE UNDERWOOD;

No. 99–8121.  IN RE JACKSON; and

No. 99–8139.  IN RE PUNCHARD.  Petitions for writs of habeas corpus denied.

No. 99–8082.  IN RE MUHAMMAD.  Petition for writ of mandamus denied.

No. 99–677.  WATERVIEW MANAGEMENT CO. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION.  C. A. D. C. Cir.  Certiorari denied.

No. 99–766.  CONSOLIDATED EDISON COMPANY OF NEW YORK ET AL. *v.* DEPARTMENT OF ENERGY ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 99–782.  PUBLIC CITIZEN ET AL. *v.* CARLIN, ARCHIVIST OF THE UNITED STATES, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 99–785.  TEICHER ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION.  C. A. D. C. Cir.  Certiorari denied.

No. 99–812.  BRIDENBAUGH *v.* O'BANNON, GOVERNOR OF INDIANA.  C. A. 7th Cir.  Certiorari denied.

No. 99–922.  IRONWORKERS LOCAL 386 *v.* WARSHAWSKY & CO. ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 99–978.  MICHAELS, EXECUTOR OF THE ESTATE OF NELSON, DECEASED *v.* BANK OF AMERICA N. T. & S. A. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–1012.  SCARFO *v.* GINSBERG ET AL.  C. A. 11th Cir. Certiorari denied.